### 22737. MILLICAN v. THE STATE.

BROYLES, C. J. The evidence in this case authorized the jury to find that it excluded every *reasonable* hypothesis except that of the defendant's guilt of the offense charged (possessing whisky); and the overruling of the motion for a new trial, based upon the usual general grounds only, was not error.

*Judgment affirmed. Hooper and MacIntyre, JJ., concur.*

DECIDED DECEMBER 24, 1932.

*M. B. Eubanks,* for plaintiff in error.
*M. Neil Andrews,* solicitor-general, *Horace D. Shattuck,* contra.